IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

                                                            CR No. 22-365 DHU

JOEL RUIZ,

            Defendant.

## NOTE FROM THE JURY TO THE COURT

We Would like to know Jane Doe #1 Testamony about what types of chocolate she does not like anymore. Or types of candy. Response that she made about that.

RESPONSE: With regard to the testimony of Jane Doe 1, you must rely on your own memory and notes taken during the trial. If your memory differs from your notes, you should rely on your memory and not on the notes.

_____        Jan 18 2024
JURY FOREPERSON                      DATE