IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

                                        CR No. 22-365 DHU

JOEL RUIZ,

           Defendant.

## NOTE FROM THE JURY TO THE COURT

*We would like to Request an Easle Please*

RESPONSE: *Yes, we will provide you with an easel.*

*Judge Urias*

_____     *Jan 19 2024*

JURY FOREPERSON                    DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

CR No. 22-365 DHU

**JOEL RUIZ,**

**Defendant.**

## NOTE FROM THE JURY TO THE COURT

We have Reached a Verdict

**RESPONSE:**

_____  Jan 19, 2024
**JURY FOREPERSON**          **DATE**