IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR No. 22-365 DHU |
| ) | |
| vs. ) | |
| ) | |
| **JOEL RUIZ,** ) | |
| ) | |
| Defendant. ) | |

# **VERDICT**

WE, THE JURY, find the defendant, **JOEL RUIZ** ___Guilty___,
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 1 of the Indictment.

WE, THE JURY, find the defendant, **JOEL RUIZ** ___Not Guilty___
(*Guilty* or *Not Guilty*)

of aggravated sexual abuse as charged in Count 2 of the Indictment.

DATED this __19th__ day of January, 2024.

_____
FOREPERSON