IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                                                  No. 1:22-CR-00365-DHU

JOEL RUIZ,

      Defendant.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant-Movant Joel Ruiz, by and through his counsel of record, Assistant Federal Public Defender Emily P. Carey, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the *Judgment in a Criminal Case* (Doc. 209) entered in this cause on August 22, 2024.

    Dated: August 29, 2024

                                                            Respectfully submitted,

                                                           FEDERAL PUBLIC DEFENDER
                                                           111 Lomas NW, Suite 501
                                                           Albuquerque, NM 87102
                                                           (505) 346-2489

                                                           /s/ *filed electronically*
                                                           EMILY P. CAREY, AFPD
                                                           Attorney for Joel Ruiz