# UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
          Plaintiff-Appellee,

v.

JOEL RUIZ
          Defendant-Appellant.

District Court No. 22-CR-365 DHU

Court of Appeals No. 24-2128

_____

**NOTE:  THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

     Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

     The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. _____

2. _____

3. _____

4. _____

5. _____

(Attach additional sheets if necessary)

Signature: _____

Counsel for: Joel Ruiz - Appellant

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on September 12, 2024.

Signature: _____

APPEAL,INT-SPA

# U.S. District Court
## United States District Court - District of New Mexico (Albuquerque)
### CRIMINAL DOCKET FOR CASE #: 1:22-cr-00365-DHU-1

Case title: USA v. Ruiz

Date Filed: 03/08/2022

Date Terminated: 08/20/2024

Assigned to: District Judge David H. Urias

Appeals court case number: 24-2128 Tenth Circuit Court of Appeals

**Defendant (1)**

**Joel Ruiz**
*TERMINATED: 08/20/2024*

represented by **Amanda R. Lavin**
Federal Public Defender
111 Lomas Blvd
#501
Albuquerque, NM 87102
505-346-2489
Email: amanda_lavin@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Emily P Carey**
Office of the Federal Public Defender
111 Lomas Blvd. NW
Suite 501
Albuquerque, NM 87102
505-346-2489
Fax: 505-346-2494
Email: emily_carey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Noah Walker Gelb**
Federal Public Defender
111 Lomas Blvd NW
Suite 501
Albuquerque, NM 87102
505-346-2489
Email: noah_gelb@fd.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

18:1152, 2241(c), and 2246 (2)(D):
Aggravated Sexual Abuse
(1)

**Disposition**

SENTENCE IMPOSED: BOP 30 years;
SUPERVISED RELEASE 10 years with
special conditions; SPA $100; defendant
held in custody.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:1152, 2241(c), and 2246 (2)(D):
Aggravated Sexual Abuse
(2)

**Disposition**

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA

represented by **Caitlin L. Dillon**
DOJ-USAO
District of New Mexico
201 3rd St. N.W., Suite 900
Albuquerque, NM 87102
505-224-1484
Email: caitlin.dillon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Chelsea Nicole Van Deventer**
DOJ-USAO
201 3rd St NW
Ste 900
Albuquerque, NM 87102
505-724-3338
Fax: 505-346-7296
Email: chelsea.van.deventer@usdoj.gov
*TERMINATED: 01/04/2023*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew McGinley**
DOJ-USAO
201 3rd Street
PO Box 607
Albuquerque, NM 87102
505-908-8506
Email: matthew.mcginley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2022 | | Judge update in case as to Joel Ruiz. District Judge David H. Urias added. (eh) (Entered: 03/08/2022) |
| 03/08/2022 | 2 | REDACTED INDICTMENT as to Joel Ruiz. (eh) (Entered: 03/09/2022) |
| 03/25/2022 | | Arrest of Joel Ruiz (khs) (Entered: 03/25/2022) |
| 03/25/2022 | | Case unsealed as to Joel Ruiz (khs) (Entered: 03/25/2022) |
| 03/25/2022 | 4 | NOTICE OF HEARING WITH VIDEO STREAMING as to Joel Ruiz: Initial Appearance set for 3/28/2022 at 09:30 AM in Albuquerque - 320 Rio Grande Courtroom - Remote before Magistrate Judge Jerry H. Ritter. (khs) <br><br> NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking. <br><br> *** REMINDER: Recording or broadcasting of this hearing is prohibited. *** <br><br><br> This hearing will be available for remote viewing by video stream. Please visit the Court's website at www.nmd.uscourts.gov for information and instructions to connect. <br><br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: |

| | | 03/25/2022) |
|---|---|---|
| 03/25/2022 | 5 | Arrest Warrant Returned Executed on 03/24/22 as to Joel Ruiz. (arp) (Entered: 03/25/2022) |
| 03/28/2022 | 6 | ORAL ORDER of Temporary Detention as to Joel Ruiz by Magistrate Judge Jerry H. Ritter Initial Appearance reset for 3/29/2022 at 02:00 PM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Jerry H. Ritter. *IN PERSON HEARINGS*(cl) (Entered: 03/28/2022) |
| 03/28/2022 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Amanda R. Lavin for Joel Ruiz by Magistrate Judge Jerry H. Ritter (khs) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/28/2022) |
| 03/29/2022 | 8 | Clerk's Minutes for proceedings held before Magistrate Judge Jerry H. Ritter: Initial Appearance as to Joel Ruiz held on 3/29/2022. (Recording Info: RIO GRANDE @ 2:05 PM) (Interpreter: Humberto Orive) (cl) (Entered: 03/29/2022) |
| 03/29/2022 | 9 | Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by Magistrate Judge Jerry H. Ritter (cl) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/29/2022) |
| 03/29/2022 | 10 | ORAL ORDER of Temporary Detention as to Joel Ruiz by Magistrate Judge Jerry H. Ritter Arraignment/Detention set for 3/31/2022 at 02:30 PM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Jerry H. Ritter. **In PERSON Hearings**(cl) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/29/2022) |
| 03/31/2022 | | U.S. Probation and Pretrial Services added as interested party.(Galaz, Anthony) (Entered: 03/31/2022) |
| 03/31/2022 | 11 | PRETRIAL SERVICES REPORT as to Joel Ruiz (Galaz, Anthony) (Entered: 03/31/2022) |
| 03/31/2022 | 12 | Clerk's Minutes for proceedings held before Magistrate Judge Jerry H. Ritter: Arraignment/Detention as to Joel Ruiz (1) Count 1-2 held on 3/31/2022 (Recording Info: RIO GRANDE @ 2:36 PM) (Interpreter: Humberto Orive) (cl) (Entered: 03/31/2022) |
| 03/31/2022 | 13 | DISCOVERY ORDER as to Joel Ruiz by Magistrate Judge Jerry H. Ritter (cl) (Entered: 03/31/2022) |
| 03/31/2022 | 14 | ORDER OF DETENTION as to Joel Ruiz by Magistrate Judge Jerry H. Ritter (cl) (Entered: 03/31/2022) |
| 04/01/2022 | 15 | TRIAL NOTICE as to Joel Ruiz: Call of the Calendar set for 4/21/2022 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial set for 5/2/2022 at 09:00 AM (trailing docket) in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 Trial |

| | | Prep with JERS)(cmm) (Entered: 04/01/2022) |
|---|---|---|
| 04/13/2022 | 16 | Unopposed MOTION to Continue *Trial and Other Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 04/13/2022) |
| 04/13/2022 | 17 | Amended MOTION to Continue *Trial and Other Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 04/13/2022) |
| 04/13/2022 | 18 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias as to Joel Ruiz granting 17 Amended MOTION to Continue *Trial and Other Deadlines* filed by Joel Ruiz. Call of the Calendar reset for 7/21/2022 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 8/1/2022 at 09:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 Trial Prep with JERS)(arp) (Entered: 04/13/2022) |
| 07/13/2022 | 19 | Unopposed MOTION to Continue *Trial and Other Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 07/13/2022) |
| 07/18/2022 | 20 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias as to Joel Ruiz granting 19 Unopposed MOTION to Continue *Trial and Other Deadlines* filed by Joel Ruiz. Call of the Calendar reset for 10/27/2022 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 11/14/2022 at 09:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 Trial Prep with JERS)(arp) (Entered: 07/18/2022) |
| 10/20/2022 | 21 | NOTICE *of Appeal of Detention Order* by Joel Ruiz (Attachments: # 1 Exhibit A) (Lavin, Amanda) (Entered: 10/20/2022) |
| 10/20/2022 | 22 | Unopposed MOTION to Continue *Trial and Other Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 10/20/2022) |
| 10/21/2022 | 23 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias as to Joel Ruiz granting 22 Unopposed MOTION to Continue *Trial and Other Deadlines* filed by Joel Ruiz; Call of the Calendar set for 2/23/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 3/6/2023 at 09:00 AM (trailing docket) in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 Trial Prep)(bap) (Entered: 10/21/2022) |
| 10/24/2022 | 24 | TRANSCRIPT of Arraignment/Detention Hearing as to Joel Ruiz held on March 31, 2022, before Magistrate Judge Jerry H. Ritter. Court Reporter/Transcriber 361-949-2988, Telephone number Exceptional Reporting Services, Inc.. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.

**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative** |

|  |  | Procedures Manual at https://www.nmd.uscourts.gov. |
|---|---|---|
|  |  | Notice of Intent to Request Redaction set for 10/31/2022. Redaction Request due 11/14/2022. Redacted Transcript Deadline set for 11/25/2022. Release of Transcript Restriction set for 1/22/2023.(jg) (Entered: 10/24/2022) |
| 11/04/2022 | 25 | Unopposed MOTION for Extension of Time to File Response/Reply as to 21 Notice (Other) by USA as to Joel Ruiz. (Van Deventer, Chelsea) (Entered: 11/04/2022) |
| 11/07/2022 | 26 | ORDER by District Judge David H. Urias granting 25 Motion for Extension of Time to File Response/Reply as to Joel Ruiz (1) re 21 NOTICE of Appeal of Detention Order (bap) (Entered: 11/07/2022) |
| 11/08/2022 | 27 | NOTICE OF HEARING as to Joel Ruiz:<br><br>Appeal of Detention Order set for 11/17/2022 at 02:30 PM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias.<br>[*Interpreter Needed*](jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/08/2022) |
| 11/08/2022 | 28 | RESPONSE by USA as to Joel Ruiz re 21 Notice (Other) *of Appeal of Detention Order* (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Exhibit Three, # 4 Exhibit Four, # 5 Exhibit Five, # 6 Exhibit Six)(Van Deventer, Chelsea) (Entered: 11/08/2022) |
| 11/08/2022 | 29 | PRETRIAL SERVICES REPORT as to Joel Ruiz (Galaz, Anthony) (Entered: 11/08/2022) |
| 11/17/2022 | 30 | REPLY by Joel Ruiz re 28 Response, *Appeal of Detention Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Lavin, Amanda) (Entered: 11/17/2022) |
| 11/17/2022 | 31 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Appeal of Detention Order as to Joel Ruiz held on 11/17/2022 (Court Reporter: C. McAlister) (Interpreter: Melinda Gonzales-Hibner) (arp) (Entered: 11/18/2022) |
| 12/05/2022 | 32 | TRANSCRIPT of Proceedings as to Joel Ruiz held on November 17, 2022, before District Judge David H. Urias. Court Reporter/Transcriber Carmela McAlister, Telephone number 505-348-2094. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov.**<br><br>Notice of Intent to Request Redaction set for 12/12/2022. Redaction Request due 12/27/2022. Redacted Transcript Deadline set for 1/5/2023. Release of Transcript Restriction set for 3/5/2023.(cm) (Entered: 12/05/2022) |

| 12/07/2022 | 33 | ORDER DENYING CONDITIONS OF RELEASE as to Joel Ruiz by District Judge David H. Urias (bap) (Entered: 12/07/2022) |
|---|---|---|
| 01/04/2023 | 34 | NOTICE of Attorney Substitution: Caitlin L. Dillon substituted for Chelsea N. Van Deventer (Dillon, Caitlin) (Entered: 01/04/2023) |
| 01/04/2023 | 35 | Unopposed MOTION for Protective Order by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 01/04/2023) |
| 01/04/2023 | | Attorney update in case as to Joel Ruiz. Attorney Caitlin L. Dillon for USA added. Attorney Chelsea Nicole Van Deventer terminated. (arp) (Entered: 01/05/2023) |
| 02/14/2023 | 36 | Unopposed MOTION to Continue *Trial and Related Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 02/14/2023) |
| 02/14/2023 | 37 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias as to Joel Ruiz granting 36 Unopposed MOTION to Continue *Trial and Related Deadlines* filed by Joel Ruiz. Call of the Calendar reset for 4/20/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 5/1/2023 at 09:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 Trial Prep with JERS)(arp) (Entered: 02/14/2023) |
| 02/28/2023 | 38 | PROTECTIVE ORDER by District Judge David H. Urias granting 35 Motion for Protective Order as to Joel Ruiz (1) (arp) (Entered: 02/28/2023) |
| 03/23/2023 | 39 | Unopposed MOTION to Continue *Trial and Related Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 03/23/2023) |
| 04/03/2023 | 40 | EXHIBIT LIST by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 04/03/2023) |
| 04/03/2023 | 41 | WITNESS LIST by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 04/03/2023) |
| 04/03/2023 | 42 | NOTICE OF ATTORNEY APPEARANCE: Emily P Carey appearing for Joel Ruiz (Carey, Emily) (Entered: 04/03/2023) |
| 04/03/2023 | | Attorney update in case as to Joel Ruiz. Attorney Emily P Carey for Joel Ruiz added. (bap) (Entered: 04/03/2023) |
| 04/03/2023 | 43 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias granting 39 Unopposed MOTION to Continue *Trial and Related Deadlines* filed by Joel Ruiz; Call of the Calendar reset for 6/29/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 7/10/2023 at 09:00 AM (trailing docket) in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 CR Trial Prep)(bap) (Entered: 04/03/2023) |
| 04/10/2023 | 44 | NOTICE *of Objections to United States' Exhibits* by Joel Ruiz (Lavin, Amanda) (Entered: 04/10/2023) |
| 04/19/2023 | 45 | RESPONSE by USA as to Joel Ruiz re 44 Notice (Other) *Defendant's Notice of Objections to United States' Exhibit List* (Attachments: # 1 Exhibit, # 2 Exhibit) (Dillon, Caitlin) (Entered: 04/19/2023) |
| 04/19/2023 | 46 | Amended EXHIBIT LIST by USA as to Joel Ruiz (Dillon, Caitlin) Modified text on 4/20/2023 (arp). (Entered: 04/19/2023) |

| | | |
|---|---|---|
| 04/26/2023 | 47 | REPLY by Joel Ruiz re 45 Response *to Defendant's Notice of Objections to United States' Exhibit List* (Lavin, Amanda) (Entered: 04/26/2023) |
| 04/27/2023 | 48 | NOTICE OF HEARING as to Joel Ruiz: Status Conference set for 5/9/2023 at 02:30 PM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. [*Interpreter Needed*](jmg) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/27/2023) |
| 05/02/2023 | 49 | NOTICE OF ATTORNEY APPEARANCE Matthew McGinley appearing for USA. (McGinley, Matthew) (Entered: 05/02/2023) |
| 05/02/2023 | | Attorney update in case as to Joel Ruiz. Attorney Matthew McGinley for USA added. (arp) (Entered: 05/03/2023) |
| 05/03/2023 | 50 | MOTION to Dismiss by Joel Ruiz. (Lavin, Amanda) (Entered: 05/03/2023) |
| 05/03/2023 | 51 | Opposed MOTION to Suppress *Evidence and Statements* by Joel Ruiz. (Lavin, Amanda) (Entered: 05/03/2023) |
| 05/03/2023 | 52 | Opposed MOTION to Sever Counts by Joel Ruiz. (Lavin, Amanda) (Entered: 05/03/2023) |
| 05/05/2023 | 53 | MOTION in Limine *to Admit Evidence Pursuant to Rules 414 and 404(B)* by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 05/05/2023) |
| 05/05/2023 | 54 | NOTICE *of Unavailability July 14th through July 17th, 2023 and August 11th through August 21st, 2023* by USA as to Joel Ruiz (Dillon, Caitlin) Modified text on 5/8/2023 (arp). (Entered: 05/05/2023) |
| 05/09/2023 | 55 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Status Conference as to Joel Ruiz held on 5/9/2023 (Court Reporter: C. McAlister) (Interpreter: M. Gonzalez-Hibner) (Attachments: # 1 Exhibit) (bap) (Entered: 05/09/2023) |
| 05/12/2023 | 56 | Unopposed MOTION to Continue *Trial and Related Deadlines* by Joel Ruiz. (Attachments: # 1 Exhibit A)(Lavin, Amanda) (Entered: 05/12/2023) |
| 05/17/2023 | 57 | RESPONSE in Opposition by USA as to Joel Ruiz re 52 Opposed MOTION to Sever Counts (Dillon, Caitlin) (Entered: 05/17/2023) |
| 05/17/2023 | 58 | RESPONSE in Opposition by USA as to Joel Ruiz re 50 MOTION to Dismiss (Dillon, Caitlin) (Entered: 05/17/2023) |
| 05/17/2023 | 59 | RESPONSE in Opposition by USA as to Joel Ruiz re 51 Opposed MOTION to Suppress *Evidence and Statements* (Attachments: # 1 Exhibit)(Dillon, Caitlin) (Entered: 05/17/2023) |
| 05/17/2023 | 60 | NOTICE *of Lodging of Exhibits* by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 05/17/2023) |
| 05/18/2023 | 61 | NOTICE OF HEARING ON MOTION in case as to Joel Ruiz 51 Opposed MOTION to Suppress *Evidence and Statements*, 50 MOTION to Dismiss , 52 Opposed MOTION to Sever Counts : |

| | | Motion Hearing set for 7/6/2023 at 02:00 PM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (jmg) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 05/18/2023) |
|---|---|---|
| 05/19/2023 | 62 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias as to Joel Ruiz GRANTED 56 Unopposed MOTION to Continue *Trial and Related Deadlines* filed by Joel Ruiz. Call of the Calendar reset for 8/31/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. Jury Selection/Trial reset for 9/18/2023 at 09:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 CR Trial Prep)(fs) (Entered: 05/19/2023) |
| 05/19/2023 | 63 | RESPONSE in Opposition by Joel Ruiz re 53 MOTION in Limine *to Admit Evidence Pursuant to Rules 414 and 404(B)* (Lavin, Amanda) (Entered: 05/19/2023) |
| 05/25/2023 | 64 | Unopposed MOTION for Extension of Time to File Response/Reply as to 58 Response in Opposition, 57 Response in Opposition, 59 Response in Opposition by Joel Ruiz. (Lavin, Amanda) (Entered: 05/25/2023) |
| 05/26/2023 | 65 | REPLY TO RESPONSE to Motion by USA as to Joel Ruiz re 53 MOTION in Limine *to Admit Evidence Pursuant to Rules 414 and 404(B)* (Dillon, Caitlin) (Entered: 05/26/2023) |
| 05/31/2023 | 66 | ORDER by District Judge David H. Urias granting 64 Motion for Extension of Time to File Response/Reply as to Joel Ruiz (1) (bap) (Entered: 05/31/2023) |
| 06/07/2023 | 67 | REPLY TO RESPONSE to Motion by Joel Ruiz re 51 Opposed MOTION to Suppress *Evidence and Statements* (Lavin, Amanda) (Entered: 06/07/2023) |
| 06/07/2023 | 68 | REPLY TO RESPONSE to Motion by Joel Ruiz re 50 MOTION to Dismiss (Lavin, Amanda) (Entered: 06/07/2023) |
| 06/07/2023 | 69 | REPLY TO RESPONSE to Motion by Joel Ruiz re 52 Opposed MOTION to Sever Counts (Lavin, Amanda) (Entered: 06/07/2023) |
| 07/06/2023 | 70 | NOTICE *OF NON-OPPOSITION* by USA as to Joel Ruiz re 51 Opposed MOTION to Suppress *Evidence and Statements* (Dillon, Caitlin) (Entered: 07/06/2023) |
| 07/06/2023 | 71 | NOTICE *OF UNITED STATES' SECOND AMENDED EXHIBIT LIST* by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 07/06/2023) |
| 07/06/2023 | 72 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Motion Hearing as to Joel Ruiz held on 7/6/2023 re 52 Opposed MOTION to Sever Counts filed by Joel Ruiz, 50 MOTION to Dismiss filed by Joel Ruiz, 53 MOTION in Limine *to Admit Evidence Pursuant to Rules 414 and 404(B)* filed by USA (Court Reporter: C. McAlister) (bap) (Entered: 07/07/2023) |
| 07/10/2023 | 73 | MINUTE ORDER as to Joel Ruiz<br><br>The parties shall submit supplemental briefs regarding Defendants Motion to Dismiss (Doc. 50). The briefs should address the issue of the breadth of the time frames set forth in the Indictment and whether these periods of time comport with the due process rights of Defendant, as the Court explained on the record at the July 6, 2023 hearing. |

| | | |
|---|---|---|
| | | Defendants brief is due within 14 days of the entry of this order. The Government shall have 14 days to respond.<br>(lh)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/10/2023) |
| 07/11/2023 | 74 | SEALED ORDER by District Judge David H. Urias GRANTING 53 Motion in Limine as to Joel Ruiz (1) (fs) (Entered: 07/11/2023) |
| 07/12/2023 | 75 | TRANSCRIPT of Proceedings as to Joel Ruiz held on July 6, 2023, before District Judge David H. Urias. Court Reporter/Transcriber Carmela McAlister, Telephone number 505-348-2094. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov.**<br><br>Notice of Intent to Request Redaction set for 7/19/2023. Redaction Request due 8/2/2023. Redacted Transcript Deadline set for 8/14/2023. Release of Transcript Restriction set for 10/10/2023.(cm) (Entered: 07/12/2023) |
| 07/18/2023 | 76 | NOTICE of Intent to Request Redaction of 75 Transcript,,,, by Caitlin L. Dillon in case as to Joel Ruiz<br><br>PLEASE TAKE NOTICE that you now have 21 calendar days, from the filing of the subject transcript 1) to file a list of the places in the transcript where the personal data to be redacted appears 2) to file a motion for extension of time to file such list or 3) to withdraw your Notice of Intent to Request Redaction. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at www.nmd.uscourts.gov.<br>(Dillon, Caitlin) (Entered: 07/18/2023) |
| 07/24/2023 | 77 | Defendant's Supplemental BRIEF in Support of Motion to Dismiss 50 by Joel Ruiz 73 Minute Order,, (Lavin, Amanda) Modified text on 7/25/2023 (arp). (Entered: 07/24/2023) |
| 07/25/2023 | 78 | NOTICE OF HEARING as to Joel Ruiz:<br>Motions Hearing set for 8/30/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias.<br>[*Interpreter Needed*](jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 07/25/2023) |
| 07/28/2023 | 79 | Transcript Redaction Request in case as to Joel Ruiz re 75 Transcript,,,, filed by attorney Caitlin L. Dillon (Dillon, Caitlin) (Entered: 07/28/2023) |

| 08/01/2023 | 80 | Redaction re 75 Transcript,,,, in case as to Joel Ruiz |
| | | **TAKE NOTICE that this transcript will be made remotely electronically available to the public (via PACER) 90 calendar days after the filing of the original unredacted transcript.** |
| | | (cm) (Entered: 08/01/2023) |
| 08/01/2023 | 81 | ORDER by District Judge David H. Urias granting by stipulation of the parties re 51 Motion to Suppress as to Joel Ruiz (1) (bap) (Entered: 08/01/2023) |
| 08/07/2023 | 82 | RESPONSE by USA as to Joel Ruiz re 77 Brief (Dillon, Caitlin) (Entered: 08/07/2023) |
| 08/17/2023 | 83 | Opposed MOTION in Limine *[OMNIBUS MOTION]* by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 08/17/2023) |
| 08/17/2023 | 84 | Opposed MOTION in Limine *FOR PRE-TRIAL DETERMINATION OF LAND STATUS AND TRIBAL AFFLIATION* by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 08/17/2023) |
| 08/17/2023 | 85 | NOTICE *OF LODGING OF EXHIBITS* by USA as to Joel Ruiz re 84 Opposed MOTION in Limine *FOR PRE-TRIAL DETERMINATION OF LAND STATUS AND TRIBAL AFFLIATION* (Dillon, Caitlin) (Entered: 08/17/2023) |
| 08/18/2023 | 86 | Opposed MOTION in Limine *To Exclude Evidence Regarding Attempt to Conduct Polygraph* by Joel Ruiz. (Lavin, Amanda) (Entered: 08/18/2023) |
| 08/18/2023 | 87 | Opposed MOTION in Limine *to Prohibit Use of the Word "Victim" and to Prohibit the Presence of Jane Does 1 and 2 During Trial Testimony* by Joel Ruiz. (Lavin, Amanda) (Entered: 08/18/2023) |
| 08/22/2023 | 88 | NOTICE *of Intent to Offer Expert Witness Testimony* by Joel Ruiz (Attachments: # 1 Exhibit A)(Lavin, Amanda) (Entered: 08/22/2023) |
| 08/25/2023 | 89 | RESPONSE to Motion by USA as to Joel Ruiz re 86 Opposed MOTION in Limine *To Exclude Evidence Regarding Attempt to Conduct Polygraph* (Attachments: # 1 Exhibit, # 2 Exhibit)(McGinley, Matthew) (Entered: 08/25/2023) |
| 08/25/2023 | 90 | RESPONSE to Motion by USA as to Joel Ruiz re 87 Opposed MOTION in Limine *to Prohibit Use of the Word "Victim" and to Prohibit the Presence of Jane Does 1 and 2 During Trial Testimony* (Attachments: # 1 Exhibit 1)(Dillon, Caitlin) (Entered: 08/25/2023) |
| 08/25/2023 | 91 | RESPONSE in Opposition by Joel Ruiz re 83 Opposed MOTION in Limine *[OMNIBUS MOTION]* (Carey, Emily) (Entered: 08/25/2023) |
| 08/25/2023 | 92 | RESPONSE in Opposition by Joel Ruiz re 84 Opposed MOTION in Limine *FOR PRE-TRIAL DETERMINATION OF LAND STATUS AND TRIBAL AFFLIATION* (Lavin, Amanda) (Entered: 08/25/2023) |
| 08/29/2023 | 93 | Opposed MOTION to Exclude *TESTIMONY BY DEFENDANTS PROPOSED EXPERT WITNESSES OR IN THE ALTERNATIVE COMPEL DISCOVERY AND SCHEDULE A DAUBERT HEARING* by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 08/29/2023) |

| 08/29/2023 | 94 | (Ex Parte) Ex Parte MOTION For Rule 17(c) Subpoenas by Joel Ruiz. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lavin, Amanda) (Entered: 08/29/2023) |
| --- | --- | --- |
| 08/30/2023 | 95 | MINUTE ORDER as to Joel Ruiz<br><br>VACATING the Call of the Calendar set for 8/31/23.<br>(jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/30/2023) |
| 08/30/2023 | 96 | EX PARTE ORDER by District Judge David H. Urias granting 94 Ex Parte Motion for Rule 17(c) Subpoenas as to Joel Ruiz (1) (bap) (Entered: 08/30/2023) |
| 08/30/2023 | 105 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Motion Hearing as to Joel Ruiz held on 8/30/2023 re 84 Opposed MOTION in Limine *FOR PRE-TRIAL DETERMINATION OF LAND STATUS AND TRIBAL AFFLIATION* filed by USA, 93 Opposed MOTION to Exclude *TESTIMONY BY DEFENDANTS PROPOSED EXPERT WITNESSES OR IN THE ALTERNATIVE COMPEL DISCOVERY AND SCHEDULE A DAUBERT HEARING* filed by USA, 83 Opposed MOTION in Limine *[OMNIBUS MOTION]* filed by USA, 86 Opposed MOTION in Limine *To Exclude Evidence Regarding Attempt to Conduct Polygraph* filed by Joel Ruiz, 87 Opposed MOTION in Limine *to Prohibit Use of the Word "Victim" and to Prohibit the Presence of Jane Does 1 and 2 During Trial Testimony* filed by Joel Ruiz (Court Reporter: C. McAlister) (bap) (Entered: 09/08/2023) |
| 08/31/2023 | 97 | NOTICE OF HEARING as to Joel Ruiz: Daubert Hearing set for 9/12/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. *[Interpreter Needed]*(lh)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/31/2023) |
| 08/31/2023 | 98 | MEMORANDUM OPINION AND ORDER by District Judge David H. Urias denying 52 Motion to Server Counts as to Joel Ruiz (1) (bap) (Entered: 08/31/2023) |
| 08/31/2023 | 99 | MEMORANDUM OPINION AND ORDER by District Judge David H. Urias denying 50 Motion to Dismiss as to Joel Ruiz (1) (bap) (Entered: 08/31/2023) |
| 09/05/2023 | 100 | Opposed MOTION to Continue *the Daubert Hearing, Jury Trial, and Related Deadlines* by Joel Ruiz. (Lavin, Amanda) (Entered: 09/05/2023) |
| 09/06/2023 | 101 | NOTICE *of Intent to Offer Expert Witness Testimony (Amended)* by Joel Ruiz (Attachments: # 1 Exhibit A)(Lavin, Amanda) (Entered: 09/06/2023) |
| 09/06/2023 | 102 | MINUTE ORDER as to Joel Ruiz<br><br>The Court directs a Response to Defendant's Motion to Continue the Daubert Hearing, Jury Trial, and Related Deadlines 100 be filed by noon Friday, September 8, 2023.<br>(jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/06/2023) |
| 09/07/2023 | 103 | RESPONSE to Motion by USA as to Joel Ruiz re 100 Opposed MOTION to Continue *the Daubert Hearing, Jury Trial, and Related Deadlines* (Dillon, Caitlin) (Entered: 09/07/2023) |

| 09/07/2023 | 104 | REPLY TO RESPONSE to Motion by Joel Ruiz re 100 Opposed MOTION to Continue *the Daubert Hearing, Jury Trial, and Related Deadlines* (Lavin, Amanda) (Entered: 09/07/2023) |
|---|---|---|
| 09/08/2023 | 106 | MINUTE ORDER as to Joel Ruiz<br><br>VACATING the Daubert Hearing set for 9/12/2023 and setting 100 Opposed MOTION to Continue , *Jury Trial, and Related Deadlines*.<br><br>Motion Hearing set for 9/12/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias.<br>(jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/08/2023) |
| 09/08/2023 | 107 | Proposed Jury Instructions by Joel Ruiz (Lavin, Amanda) (Entered: 09/08/2023) |
| 09/08/2023 | 108 | EXHIBIT LIST by Joel Ruiz (Lavin, Amanda) (Entered: 09/08/2023) |
| 09/08/2023 | 109 | WITNESS LIST by Joel Ruiz (Lavin, Amanda) (Entered: 09/08/2023) |
| 09/08/2023 | 110 | Proposed Voir Dire by Joel Ruiz (Lavin, Amanda) (Entered: 09/08/2023) |
| 09/08/2023 | 111 | (Ex Parte) Ex Parte MOTION For Rule 17(c) Subpoenas *for Appearance of Witnesses at Trial* by Joel Ruiz. (Lavin, Amanda) (Entered: 09/08/2023) |
| 09/08/2023 | 112 | Proposed Voir Dire by USA as to Joel Ruiz (Dillon, Caitlin) Modified filed date on 9/11/2023, document provisionally submitted on 9/8/23 via fax (kg). (Entered: 09/11/2023) |
| 09/08/2023 | 113 | Proposed Jury Instructions by USA as to Joel Ruiz (Dillon, Caitlin) Modified filed date on 9/11/2023, document provisionally submitted on 9/8/23 via fax (kg). (Entered: 09/11/2023) |
| 09/08/2023 | 114 | EXHIBIT LIST by USA as to Joel Ruiz (Dillon, Caitlin) Modified filed date on 9/11/2023, document provisionally submitted on 9/8/23 via fax (kg). (Entered: 09/11/2023) |
| 09/08/2023 | 115 | WITNESS LIST by USA as to Joel Ruiz (Dillon, Caitlin) Modified filed date on 9/11/2023, document provisionally submitted on 9/8/23 via fax (kg). (Entered: 09/11/2023) |
| 09/11/2023 | 116 | NOTICE *OF JOINT PROPOSED STATEMENT OF THE CASE* by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 09/11/2023) |
| 09/12/2023 | 117 | MINUTE ORDER as to Joel Ruiz<br><br>**VACATING** the Motion hearing set for 9/12/2023.<br>(jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/12/2023) |
| 09/12/2023 | 118 | (Ex Parte) Ex Parte MOTION Amended Motion for Issuance of Rule 17(b) Subpoenas and for Free Process by Joel Ruiz. (Lavin, Amanda) (Entered: 09/12/2023) |

| | | |
|---|---|---|
| 09/12/2023 | 119 | RESPONSE to Motion by Joel Ruiz re 93 Opposed MOTION to Exclude *TESTIMONY BY DEFENDANTS PROPOSED EXPERT WITNESSES OR IN THE ALTERNATIVE COMPEL DISCOVERY AND SCHEDULE A DAUBERT HEARING* (Lavin, Amanda) (Entered: 09/12/2023) |
| 09/14/2023 | 120 | ORDER TO CONTINUE by District Judge David H. Urias granting 100 Opposed MOTION to Continue *the Daubert Hearing, Jury Trial, and Related Deadlines* filed by Joel Ruiz; Jury Selection/Trial and related deadlines will be reset by separate order. (Attachments: # 1 Trial Prep)(bap) (Entered: 09/14/2023) |
| 09/14/2023 | 121 | NOTICE OF HEARING as to Joel Ruiz: Status Conference set for 9/18/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. [*Interpreter Needed*](jmg) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 09/14/2023) |
| 09/14/2023 | 122 | EX PARTE ORDER by District Judge David H. Urias granting 118 Motion for Issuance and Service of Subpoena and for Free Process as to Joel Ruiz (1) (bap) (Entered: 09/14/2023) |
| 09/15/2023 | 123 | NOTICE *of Objections to United States' Proposed Voir Dire* by Joel Ruiz re 112 Proposed Voir Dire (Lavin, Amanda) (Entered: 09/15/2023) |
| 09/15/2023 | 124 | NOTICE *of Objections to United States' Proposed Jury Instructions* by Joel Ruiz re 113 Proposed Jury Instructions (Lavin, Amanda) (Entered: 09/15/2023) |
| 09/15/2023 | 125 | NOTICE *of Objections to United States' Witness List and Motion to Reconsider* by Joel Ruiz re 115 Witness List (Lavin, Amanda) Modified security level pursuant to email received from filer on 9/19/2023 (bap). (Entered: 09/15/2023) |
| 09/18/2023 | 126 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Status Conference as to Joel Ruiz held on 9/18/2023 (Recording Info: Liberty Mimbres) (fs) (Entered: 09/18/2023) |
| 09/19/2023 | 127 | **FILED IN ERROR** APPENDIX/SUPPLEMENT re 125 Notice (Other) *of Objections to the United States' Witness List and Motion to Reconsider* (Lavin, Amanda) Modified text on 9/20/2023. Will refile to include attachments (arp). (Entered: 09/19/2023) |
| 09/21/2023 | 128 | APPENDIX/SUPPLEMENT re 125 Notice (Other) (Attachments: # 1 Exhibit A - I) (Lavin, Amanda) (Entered: 09/21/2023) |
| 09/29/2023 | 129 | ORDER TO CONTINUE - Ends of Justice by District Judge David H. Urias GRANTING 100 as to Joel Ruiz Jury Selection/Trial reset for 1/16/2024 at 08:30 PM and Daubert Hearing reset for 12/21/2023 at 10:00 AM; Scheduled in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (Attachments: # 1 CR Trial Prep)(fs) (Entered: 09/29/2023) |
| 09/29/2023 | 130 | RESPONSE by USA as to Joel Ruiz re 125 Notice (Other) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Dillon, Caitlin) (Entered: 09/29/2023) |
| 10/13/2023 | 131 | Unopposed MOTION to Continue *Reply Brief Deadline* by Joel Ruiz. (Lavin, Amanda) (Entered: 10/13/2023) |

| 10/16/2023 | 132 | ORDER by District Judge David H. Urias as to Joel Ruiz, GRANTING: <u>131</u> Unopposed MOTION to Continue *Reply Brief Deadline*. <br><br> Deadline extended to October 30, 2023. <br><br> THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED. (jmg) (Entered: 10/16/2023) |
| 10/30/2023 | <u>133</u> | REPLY by Joel Ruiz re <u>130</u> Response, <u>125</u> Notice (Other) *Objection to Witness List* (Lavin, Amanda) (Entered: 10/30/2023) |
| 11/06/2023 | <u>134</u> | SCHEDULING ORDER as to Joel Ruiz by District Judge David H. Urias (Attachments: # <u>1</u> Trial Prep)(bap) (Entered: 11/06/2023) |
| 11/07/2023 | 135 | NOTICE OF HEARING as to Joel Ruiz: <br><br> Defense Daubert Hearing set for 12/1/2023 at 09:30 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. <br><br> Plaintiff Daubert Hearing set for 12/1/2023 at 01:30 PM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. <br> [*Interpreter Needed*](jmg) <br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/07/2023) |
| 11/13/2023 | <u>136</u> | NOTICE *of Supplement to Amended Notice of Intent to Offer Expert Testimony* by Joel Ruiz re <u>101</u> Notice (Other) (Lavin, Amanda) (Entered: 11/13/2023) |
| 11/17/2023 | <u>137</u> | MOTION in Limine *TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* by USA as to Joel Ruiz. (Attachments: # <u>1</u> Exhibit 1)(Dillon, Caitlin) (Entered: 11/17/2023) |
| 11/17/2023 | 138 | MINUTE ORDER as to Joel Ruiz <br><br> Government Daubert Hearing reset for 12/14/2023 at 09:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. <br> (jmg) <br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 11/17/2023) |
| 11/20/2023 | 139 | NOTICE *OF INTENT TO OFFER EXPERT WITNESS TESTIMONY* by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 11/20/2023) |
| 11/22/2023 | <u>140</u> | ***FILED IN ERROR*** RESPONSE in Opposition by Joel Ruiz re <u>137</u> MOTION in Limine *TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* (Lavin, Amanda) Modified on 11/24/2023 to FIE because case # on document is incorrect (fs). (Entered: 11/22/2023) |
| 11/24/2023 | 141 | MOTION to Exclude *Government's Proposed Expert* by Joel Ruiz. (Lavin, Amanda) (Entered: 11/24/2023) |
| 11/24/2023 | 142 | RESPONSE in Opposition by Joel Ruiz re <u>137</u> MOTION in Limine *TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* (Lavin, Amanda) (Entered: 11/24/2023) |

| 11/28/2023 | 143 | **FILED IN ERROR** NOTICE *OF CORRECTION OF THE RECORD IN THE UNITED STATES MOTION IN LIMINE TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* by USA as to Joel Ruiz (Marshall, Nicholas) Modified text pursuant to a call received on helpdesk on 11/28/2023 (arp). (Entered: 11/28/2023) |
| 11/28/2023 | 144 | NOTICE *OF CORRECTION OF THE RECORD IN THE UNITED STATES MOTION IN LIMINE TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 11/28/2023) |
| 11/28/2023 | 145 | RESPONSE to Motion by USA as to Joel Ruiz re 141 MOTION to Exclude *Government's Proposed Expert* (Dillon, Caitlin) (Entered: 11/28/2023) |
| 12/01/2023 | 146 | SEALED Clerk's Minutes for proceedings held before District Judge David H. Urias: Daubert Hearing as to Joel Ruiz held on 12/1/2023. (Court Reporter: C. McAlister) (cmm) (Entered: 12/01/2023) |
| 12/13/2023 | 147 | NOTICE *OF CORRECTION OF THE RECORD* by USA as to Joel Ruiz re 145 Response to Motion (Dillon, Caitlin) (Entered: 12/13/2023) |
| 12/14/2023 | 148 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Motion Hearing as to Joel Ruiz held on 12/14/2023 re 141 MOTION to Exclude *Government's Proposed Expert* filed by Joel Ruiz (Court Reporter: I. Delgado) (bap) (Entered: 12/15/2023) |
| 12/15/2023 | 149 | NOTICE OF HEARING ON MOTION in case as to Joel Ruiz 141 MOTION to Exclude *Government's Proposed Expert*:<br><br>Motion Hearing re-set for 12/20/2023 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias. (lh)<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 12/15/2023) |
| 12/20/2023 | 150 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Motion Hearing as to Joel Ruiz held on 12/20/2023 re 141 MOTION to Exclude *Government's Proposed Expert* filed by Joel Ruiz (Court Reporter: C. McAlister) (bap) (Entered: 12/20/2023) |
| 12/20/2023 | 151 | NOTICE OF ATTORNEY APPEARANCE: Noah Walker Gelb appearing for Joel Ruiz (Gelb, Noah) (Entered: 12/20/2023) |
| 12/20/2023 |  | Attorney update in case as to Joel Ruiz. Attorney Noah Walker Gelb for Joel Ruiz added. (fs) (Entered: 12/21/2023) |
| 12/21/2023 | 152 | THIRD AMENDED EXHIBIT LIST by USA as to Joel Ruiz (Dillon, Caitlin) Modified on 12/22/2023 to fix title(fs). (Entered: 12/21/2023) |
| 12/21/2023 | 153 | AMENDED WITNESS LIST by USA as to Joel Ruiz (Dillon, Caitlin) Modified on 12/22/2023 to edit title (fs). (Entered: 12/21/2023) |
| 12/22/2023 | 154 | TRANSCRIPT of Proceedings as to Joel Ruiz held on August 30, 2023, before District Judge David H. Urias. Court Reporter/Transcriber Carmela McAlister, Telephone number 505-348-2094. Transcript may be viewed at the Clerk's Office public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. |

|  |  |  |
|---|---|---|
|  |  | **PLEASE TAKE NOTICE that each party now has seven (7) calendar days to file a Notice of Intent to Request Redaction of any personal identifiers from this transcript. If no notice is filed during this seven-day period, the court will assume that redaction of personal data is not necessary and will make the transcript electronically available, as is, to the public after 90 days. For additional guidance, PLEASE REVIEW the complete policy, located in the CM/ECF Administrative Procedures Manual at https://www.nmd.uscourts.gov.**<br><br>Notice of Intent to Request Redaction set for 12/29/2023. Redaction Request due 1/12/2024. Redacted Transcript Deadline set for 1/22/2024. Release of Transcript Restriction set for 3/21/2024.(cm) (Entered: 12/22/2023) |
| 12/30/2023 | 155 | SEALED TRANSCRIPT of Proceedings as to Joel Ruiz held on December 1, 2023 before District Judge David H. Urias. Court Reporter/Transcriber: Carmela McAlister (cm) (Entered: 12/30/2023) |
| 12/30/2023 | 156 | SEALED TRANSCRIPT of Proceedings as to Joel Ruiz held on December 20, 2023 before District Judge David H. Urias. Court Reporter/Transcriber: Carmela McAlister (cm) (Entered: 12/30/2023) |
| 01/02/2024 | 157 | NOTICE *of Objections to United States' Amended Witness List (Doc. 153)* by Joel Ruiz (Carey, Emily) (Entered: 01/02/2024) |
| 01/03/2024 | 158 | ORDER by District Judge David H. Urias granting in part and denying in part 83 Motion in Limine as to Joel Ruiz (1); denying 84 Motion in Limine as to Joel Ruiz (1); granting in part and denying in part 86 Motion in Limine as to Joel Ruiz (1); granting in part and denying in part 87 Motion in Limine as to Joel Ruiz (1) (bap) (Entered: 01/03/2024) |
| 01/03/2024 | 159 | SEALED MEMORANDUM OPINION AND ORDER by District Judge David H. Urias denying in part and granting in part 137 MOTION in Limine *TO EXCLUDE PROPOSED EXPERT WITNESS DR. BRADLEY MCAULIFF* and the Court Reserves Ruling re 141 MOTION to Exclude *Government's Proposed Expert* as to Joel Ruiz (bap) (Entered: 01/03/2024) |
| 01/03/2024 | 160 | NOTICE OF HEARING as to Joel Ruiz: Evidentiary Hearing set for 1/9/2024 at 10:00 AM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias re: Doc. 157 Defendants Sealed Objections to the United States Amended Witness List and Doc. 125 Objection to the Governments Witness List and Motion to Reconsider Ruling Allowing Jane Doe 3s Testimony at Trial:<br><br>Upon review of Doc. 125, Defendants Motion to Reconsider, the Court has determined that an evidentiary hearing will aid it in determining the admissibility of Jane Doe 3s proposed testimony at trial. The Court expects Jane Doe 3 to be present to testify at this hearing.<br><br>The Court will also hear argument on the admissibility of the proffered lay testimony of Erica Woody, as objected to by Defendant in Doc. 157, Defendants Sealed Objections to the United States Amended Witness List.<br><br>[*Interpreter Needed*] (lh) |

| | | [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/03/2024) |
|---|---|---|
| 01/04/2024 | 161 | (Ex Parte) Ex Parte MOTION for Order *of Issuance of Rule 17(b) Subpoena & Free Process* by Joel Ruiz. (Carey, Emily) (Entered: 01/04/2024) |
| 01/04/2024 | 162 | EX PARTE ORDER by District Judge David H. Urias granting 161 Motion for Order for Service of Subpoena and for Free Process as to Joel Ruiz (1) (bap) (Entered: 01/04/2024) |
| 01/05/2024 | 163 | Unopposed MOTION for Hearing *(LAFLER-FRYE)* by USA as to Joel Ruiz. (Dillon, Caitlin) (Entered: 01/05/2024) |
| 01/05/2024 | 164 | ORDER by District Judge David H. Urias granting 163 Unopposed Motion for Lafler/ Frye Hearing as to Joel Ruiz (1) (copy sent to Magistrate CRDs) (bap) (Entered: 01/05/2024) |
| 01/05/2024 | 165 | REPLY by USA as to Joel Ruiz re 160 Notice of Hearing,,,, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Dillon, Caitlin) (Entered: 01/05/2024) |
| 01/05/2024 | 166 | NOTICE OF HEARING as to Joel Ruiz: Lafler/Frye Hearing set for 1/9/2024 at 01:30 PM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Kirtan Khalsa. [*Interpreter Needed*](eh) <br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/05/2024) |
| 01/08/2024 | 167 | RESPONSE by Joel Ruiz re 165 Reply *Regarding Docket Entry 160 Requiring Testimony of Jane Doe 3* (Attachments: # 1 Exhibit Affidavit of Investigator Rodney J. Ulibarri, # 2 Exhibit Email Correspondence)(Carey, Emily) (Entered: 01/08/2024) |
| 01/08/2024 | 168 | NOTICE OF HEARING as to Joel Ruiz: Status Conference set for 1/8/2024 at 01:00 PM in Albuquerque - 420 Mimbres Courtroom - Remote before District Judge David H. Urias. (lh) <br><br> NOTE: <br><br> 1. This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record. <br><br> 2. Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues. <br><br> 3. To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio feed at their location is muted when not speaking. <br><br> *** REMINDER: Recording or broadcasting of this hearing is prohibited. *** <br><br> [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/08/2024) |

| 01/08/2024 | 169 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Status Conference as to Joel Ruiz held on 1/8/2024 (Court Reporter: C. McAlister) (bap) (Entered: 01/08/2024) |
|---|---|---|
| 01/09/2024 | 170 | Clerk's Minutes for proceedings held before Magistrate Judge Kirtan Khalsa: Lafler/ Frye Hearing as to Joel Ruiz held on 1/9/2024. (Recording Info: Liberty Rio Grande) (cp) (Additional attachment(s) added on 1/9/2024: # 1 Sealed Exhibit) (cp). (Entered: 01/09/2024) |
| 01/09/2024 | 171 | SEALED Clerk's Minutes for proceedings held before District Judge David H. Urias: Evidentiary Hearing as to Joel Ruiz held on 1/9/2024 (Court Reporter: C. McAlister) (bap) (Entered: 01/10/2024) |
| 01/10/2024 | 172 | Proposed Voir Dire by Joel Ruiz (Carey, Emily) (Entered: 01/10/2024) |
| 01/10/2024 | 173 | NOTICE of the Court's utilization of the Jury Evidence Recording System (JERS) for this case. All parties are required to submit evidence on an electronic storage device (CD, DVD or USB drive) no later than **1/16/2024**. Submissions can be delivered or mailed to the following: Attention: J. Gonzales United States District Court, District of New Mexico 333 Lomas Blvd NW, Suite 270, Albuquerque, NM 87102. You can access the JERS Attorney Guide explaining the details for the submission, formatting and naming of files at www.nmd.uscourts.gov/jers. (jmg) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 01/10/2024) |
| 01/11/2024 | 174 | SEALED TRANSCRIPT of Proceedings as to Joel Ruiz held on January 9, 2024 before District Judge David H. Urias. Court Reporter/Transcriber: Carmela McAlister (cm) (Entered: 01/11/2024) |
| 01/11/2024 | 175 | WITNESS LIST by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 01/11/2024) |
| 01/12/2024 | 176 | NOTICE Objections to the United States' Amended Witness List (Doc. 175) by Joel Ruiz re 175 Witness List (Carey, Emily) (Entered: 01/12/2024) |
| 01/12/2024 | 177 | Proposed Voir Dire by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 01/12/2024) |
| 01/12/2024 | 178 | EXHIBIT LIST by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 01/12/2024) |
| 01/12/2024 | 179 | Proposed Jury Instructions by Joel Ruiz (Carey, Emily) (Entered: 01/12/2024) |
| 01/14/2024 | 180 | RESPONSE by USA as to Joel Ruiz re 176 Notice (Other) (Dillon, Caitlin) (Entered: 01/14/2024) |
| 01/14/2024 | 181 | NOTICE of Defense Statement of the Case by Joel Ruiz (Carey, Emily) (Entered: 01/14/2024) |
| 01/14/2024 | 182 | NOTICE of Objections to United States' Exhibit List by Joel Ruiz re 178 Exhibit List (Carey, Emily) (Entered: 01/14/2024) |
| 01/15/2024 | 183 | RESPONSE by USA as to Joel Ruiz re 182 Notice (Other) (Dillon, Caitlin) (Entered: 01/15/2024) |

| 01/15/2024 | 184 | REPLY by Joel Ruiz re 180 Response *to Notice of Objections to Amended Witness List* (Carey, Emily) (Entered: 01/15/2024) |
|---|---|---|
| 01/16/2024 | 194 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Jury Selection/Trial as to Joel Ruiz held on 1/16/2024 - 1/19/2024. (Court Reporter: C. McAlister) (Interpreter: Humberto Urive) (bap) (Entered: 01/23/2024) |
| 01/18/2024 | 185 | MOTION for Order *of Judgment of Acquittal Under Rule 29* by Joel Ruiz. (Carey, Emily) (Entered: 01/18/2024) |
| 01/18/2024 | 189 | Jury Note as to Joel Ruiz (bap) (Entered: 01/23/2024) |
| 01/18/2024 | 207 | ORAL ORDER by District Judge David H. Urias denying 185 Motion for Order as to Joel Ruiz (1). THIS IS A TEXT ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED. (jmg) (Entered: 08/21/2024) |
| 01/19/2024 | 186 | Jury Instructions by District Judge David H. Urias (bap) (Entered: 01/19/2024) |
| 01/19/2024 | 187 | Supplemental Jury Instructions by District Judge David H. Urias (bap) (Entered: 01/19/2024) |
| 01/19/2024 | 191 | Jury Notes as to Joel Ruiz (bap) (Entered: 01/23/2024) |
| 01/19/2024 | 193 | JURY VERDICT as to Joel Ruiz Guilty on Count 1, Not Guilty on Count 2. (bap) (Entered: 01/23/2024) |
| 03/15/2024 | 195 | PRESENTENCE INVESTIGATION REPORT as to Joel Ruiz (Attachments: # 1 Attachment A) (Valencia, Leonel) (Entered: 03/15/2024) |
| 03/29/2024 | 197 | Unopposed MOTION for Extension of Time to File *Sentencing Pleadings* by Joel Ruiz. (Carey, Emily) (Entered: 03/29/2024) |
| 03/29/2024 | 198 | ORDER by District Judge David H. Urias GRANTING 197 Motion for Extension of Time to File as to Joel Ruiz (1) (fs) (Entered: 03/29/2024) |
| 04/17/2024 | 199 | NOTICE OF HEARING as to Joel Ruiz:<br><br>Sentencing set for 8/20/2024 at 01:30 PM in Albuquerque - 420 Mimbres Courtroom before District Judge David H. Urias.<br><br>Any pleadings in response to the Presentence Report must be timely filed in accordance with Rule 32 of the Federal Rules of Criminal Procedure. Additionally, the United States Probation Office is ordered to provide to Defense Counsel and the Assistant U.S. Attorney, upon written request, copies of documents which the USPO has used to determine Defendants prior criminal history. USPO may provide any such requested documentation via electronic mail.<br><br>Sentencing Memoranda due August 6, 2024.<br><br>Response to Sentencing Memoranda due August 13, 2024.<br><br>[*Interpreter Needed*](jmg)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/17/2024) |

| 05/06/2024 | 200 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Joel Ruiz (Carey, Emily) (Entered: 05/06/2024) |
| 05/13/2024 | 201 | RESPONSE by USA as to Joel Ruiz re 200 Objection to Presentence Investigation Report (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Dillon, Caitlin) (Entered: 05/13/2024) |
| 05/15/2024 | 202 | NOTICE *OF LODGING* by USA as to Joel Ruiz re 201 Response (Dillon, Caitlin) (Entered: 05/15/2024) |
| 05/16/2024 | 203 | ADDENDUM TO PRESENTENCE INVESTIGATION REPORT as to Joel Ruiz<br><br>Related Documents: 195 PSR - Presentence Report<br>(Valencia, Leonel) (Entered: 05/16/2024) |
| 05/16/2024 | 204 | APPENDIX/SUPPLEMENT re 200 Objection to Presentence Investigation Report (Carey, Emily) (Entered: 05/16/2024) |
| 08/06/2024 | 205 | SENTENCING MEMORANDUM by Joel Ruiz (Attachments: # 1 Exhibit Exhibit A - Letters of Support, # 2 Exhibit Exhibit B - Medical Records)(Carey, Emily) (Entered: 08/06/2024) |
| 08/06/2024 | 206 | SENTENCING MEMORANDUM by USA as to Joel Ruiz (Dillon, Caitlin) (Entered: 08/06/2024) |
| 08/20/2024 | 208 | Clerk's Minutes for proceedings held before District Judge David H. Urias: Sentencing held on 8/20/2024 for Joel Ruiz (1), Count(s) 1, SENTENCE IMPOSED: BOP 30 years; SUPERVISED RELEASE 10 years with special conditions; SPA $100; defendant held in custody. (Court Reporter: C. McAlister) (Interpreter: Humberto Orive) (bap) (Entered: 08/21/2024) |
| 08/22/2024 | 209 | JUDGMENT as to Joel Ruiz by District Judge David H. Urias (bap) (Entered: 08/22/2024) |
| 08/29/2024 | 210 | NOTICE OF APPEAL by Joel Ruiz re 209 Judgment (Filing Fee - Waived) (Carey, Emily) (Entered: 08/29/2024) |
| 08/30/2024 | 211 | Transmission of Preliminary Record as to Joel Ruiz to US Court of Appeals re 210 Notice of Appeal - Final Judgment (Attachments: # 1 USCA Preliminary Record)(fs) (Entered: 08/30/2024) |
| 08/30/2024 | 212 | USCA Information Letter with Case Number as to Joel Ruiz 24-2128 for 210 Notice of Appeal - Final Judgment filed by Joel Ruiz. (bap) (Entered: 08/30/2024) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 09/12/2024 10:18:11 | | |
| **PACER Login:** | noahwgelb | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cr-00365-DHU |
| **Billable Pages:** | 16 | **Cost:** | 1.60 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |